**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**BEATRICE L.C.**                                                                                  **PLAINTIFF**

**vs.**                                                          **CIVIL ACTION No.: 3:25-CV-26-HTW-ASH**

**COMMISSIONER OF SOCIAL SECURITY**                                   **DEFENDANT**


## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge Andrew S.  Harris **[Docket no. 16]**. In his Report and Recommendation, filed on February 20, 2026, Magistrate Judge Harris recommended that the Social Security Commissioner's decision to deny Plaintiff disability benefits be reversed and that her case be remanded for further proceedings. Judge Harris directed the parties to file any objections to his recommendation within fourteen (14) days. No objection was filed.

Based upon the findings contained in the Report and Recommendation **[Docket no. 16]**, this court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

**IT IS THEREFORE ORDERED that** the Social Security Commissioner's decision is hereby reversed and this matter is remanded for further proceedings consistent with the Report and Recommendation of the Magistrate Judge.

**SO ORDERED this the 30th day of March, 2026.**

**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**

1